FILED

Mar 31 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, an individual, <br><br>            Plaintiff, <br><br> vs. <br><br> **Akuranvyka USA Inc**, <br> a California Corporation <br><br>            Defendant. | Case No. 3:21-cv-09994-TSH <br><br> [~~PROPOSED~~] **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND FOR JOINT SITE INSPECTION** <br><br> The Honorable; Thomas S. Hixson <br><br> Filed: **December 27, 2021** <br> Current Response Date: **April 4, 2022** <br> New Response Date: **April 18, 2022** <br> New Site Inspection: **June 17, 2022** <br> Trial Date:  None Set |

1    **PURSUANT TO THE PARTIES' JOINT STIPULATION, IT IS
2    HEREBY ORDERED THAT:**
3    The date for Defendant to respond to Plaintiff's complaint shall be extended
4    to April 18, 2022. The required joint site inspection is also extended to June 17,
5    2022, with all other dependent deadlines similarly extended.
6    **IT IS SO ORDERED.**
7    Dated:   March 31, 2022

10                              By   _____
                                     HONORABLE THOMAS S. HIXSON
11                                   UNITED STATES MAGISTRATE JUDGE