SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA  92130-4092
Telephone:  (858) 720-8900
Facsimile:   (859) 509-3691

MOJI SANIEFAR, Cal. Bar. No. 233330
msaniefar@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone:  (650) 815-2600
Facsimile:   (650) 815-2601

Attorneys for Defendant,
Akuranvyka USA Inc.

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Aaina Duggal, Esq, SBN 333681
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858)375-7385; Fax (888)422-5191
aainad@potterhandy.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**Akuranvyka USA Inc**,<br>a California Corporation<br><br>　　　　Defendant. | Case No. 4:21-cv-09994-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE INSPECTION**<br><br>The Honorable; Jon S. Tigar<br><br>Filed: **December 27, 2021**<br>Current Site Inspection: **Jun 17, 2022**<br>New Site Inspection: **July 1, 2022**<br>Trial Date:  None Set |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT JOINT SITE INSPECTION**

Plaintiff Brian Whitaker and Defendant Akuranvyka USA Inc. ("Defendant") jointly stipulate to extend the deadline to conduct a Joint Site Inspection ("JSI") pursuant to General Order 56. The current deadline to conduct the JSI is June 17, 2022. By way of this Stipulation, the Parties seek to extend the JSI deadline to July 1, 2022; however, to the extent the Court has not ruled on Defendant's pending Motion to Dismiss by July 1, 2022, the Parties agree to extend the JSI deadline to a date that is 14-days after the Court's Order is issued. The Parties believe that good cause exists based on the following:

WHEREAS, the instant case was filed by Plaintiff on December 27, 2021.

WHEREAS, on April 18, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Lack of Standing and a Request for an Evidentiary Hearing (the "Motion") [*see* Dkt. No. 18.];

WHEREAS, a hearing date of June 9, 2022 has been assigned to Defendant's Motion;

WHEREAS, the Defendant has requested that the joint site inspection be continued to July 1, 2022;

WHEREAS, Plaintiff and Defendant jointly stipulate to extending the deadline to conduct the JSI deadline from June 17, 2022 to July 1, 2022.

WHEREAS, the Defendant has advised it is reserving its right to request another extension should the Court not issue a ruling by July 1.

NOW THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant, that the deadline to conduct a JSI will be continued to July 1, 2022.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

Dated:  May 16, 2022

                          Respectfully submitted,

                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                          By          */s/ Hayley S. Grunvald*
                                    HAYLEY S. GRUNVALD
                                    MOJI SANIEFAR

                                    Attorneys for Defendant,
                                    AKURANVYKA USA INC.

Dated: May 16, 2022

                          By          */s/ Aaina Duggal*
                                    AAINA DUGGAL

                                    Attorneys for Plaintiff,
                                    BRIAN WHITAKER

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 16, 2022                By: */s/ Hayley S. Grunvald*
                                   Attorney for Defendant,
                                   AKURANVYKA USA INC.